## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SVEND LA ROSE, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.  17-4080 |
| NORTHAMPTON COUNTY and | : | |
| LEHIGH COUNTY, | : | |
| Defendants | : | |

## <u>ORDER</u>

AND NOW, this 19th day of October, 2017, upon consideration of the plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1.    Leave to proceed *in forma pauperis* is GRANTED.

2.    The complaint is DISMISSED for the reasons stated in the Court's memorandum. The plaintiff's claims are dismissed with prejudice.  The plaintiff may not file an amended complaint in this case.

BY THE COURT:


*/s/ Lawrence F. Stengel*
**LAWRENCE F. STENGEL, C.J.**